UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PRIDE TRANSPORTATION,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY CO., *et. al.*,<br><br>    Defendants. | Civil Action No. 4-08CV-007-Y<br>Relates to motion referred to Magistrate Judge Bleil |

## ORDER REGARDING DEFENDANT'S PRIVILEGE LOG

On November 18, 2009, the court issued an order regarding Plaintiff Pride Transportation's ("Pride") Motion to Compel (doc. # 123-124) directing Defendant Continental Casualty Company ("CNA") to produce to the court for *in camera* inspection certain documents withheld as privileged by CNA in its response to Pride's Request for Production #1. The documents at issue were divided into two categories: (1) documents reviewed, sent or received by Tadd Gall and (2) documents pertaining to CNA's reserves on the underlying files. On November 25, 2009, CNA submitted to the court an updated privilege log containing all of the documents in those two categories withheld as privileged. Having considered the privilege logs, motion, response, and reply, the court deems the following order appropriate.

It is ordered that CNA's objections to production of the following documents are overruled, and Pride's motion to compel is granted as to the following documents containing information pertaining to CNA's reserves on the underlying files:

- CCC 00031
- CCC 00048
- CCC 00049
- CCC 00065-66
- CCC 00354-55
- CCC 00386
- Document submitted to the court in Tab 19 of CNA's privilege log
- Documents submitted to the court in Tab 20 of CNA's privilege log

It is ordered that CNA's objections to production of the remaining documents Pride seeks to compel are sustained, and Pride's motion to compel is denied as to the remaining documents identified in the privilege log submitted to the court by CNA.

CNA shall submit all of the above-referenced documents to the law offices of Pride's counsel within (5) days from the date of this order. The production, use and management of all documents produced under this order is governed by the terms of the Protective Order previously issued by the court.

SIGNED DECEMBER 7, 2009

    /s/   Charles Bleil
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE