IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **PRIDE TRANSPORTATION,** | § § | |
| **Plaintiff** | § § | |
| v. | § § | CIVIL ACTION NO. 4-08-007-Y |
| **CONTINENTAL CASUALTY COMPANY** and **LEXINGTON INSURANCE COMPANY,** | § § § § | |
| **Defendants.** | § | |

## PLAINTIFF'S NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff Pride Transportation ("Plaintiff") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order Granting Motions for Summary Judgment (Document 180), as well as the Final Judgment (Document 181), both signed March 31, 2011, by the Hon. Terry R. Means, Judge of the United States District Court for the Northern District of Texas, Fort Worth Division, and entered on the docket the same day. Plaintiff perfects this appeal pursuant to 28 U.S.C. § 1291 and tenders the filing fee required by Rule 3(e) of the Federal Rules of Appellate Procedure.

The parties to the Order appealed from and the names and address of their respective counsel are listed below:

| PARTY | COUNSEL |
|---|---|
| Plaintiff: Pride Transportation | Mr. R. Brent Cooper<br>brent.cooper@cooperscully.com<br>Mr. Timothy M. Dortch<br>micah.dortch@cooperscully.com<br>Cooper & Scully, P.C.<br>900 Jackson, Suite 100<br>Dallas, Texas 75202<br><br>Ms. Barbara K. Berrett<br>bberrett@berrettandtaylor.com<br>Mr. Mark D. Taylor<br>mtaylor@berrettandtaylor.com<br>Berrett & Taylor, L.C.<br>405 S. Main, Suite 1050<br>Salt Lake City, Utah 84111 |
| Defendant: Continental Casualty Company | Mr. David H. Timmons<br>dtimmons@gardere.com<br>Mr. Colin G. Martin<br>cmartin@gardere.com<br>Mr. Jeremy A. Williams<br>jwilliams@gardere.com<br>Ms. Karen A. Piotrowski<br>kpiotrowski@gardere.com<br>Gardere Wynne Sewell<br>1601 Elm Street, Suite 3000<br>Dallas, Texas 75270-4761 |
| Defendant: Lexington Insurance Company | Mr. Edward A. Davis<br>edavis@hdbdk.com<br>Hartline, Dacus, Barger, Dreyer<br>& Kern, L.L.P.<br>6688 N. Central Expressway, Suite 1000<br>Dallas, Texas 75206<br><br>Mr. Chester Makowski<br>makowski@pkmtexas.com<br>Mr. C. Scott Kinzel<br>kinzel@pkmtexas.com<br>Plavnicky, Kinzel & Makowski, L.L.P.<br>5300 Memorial Drive, Suite 675<br>Houston, Texas 77007 |

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: /s/ R Brent Cooper
    **R. BRENT COOPER**
    brent.cooper@cooperscully.com
    Texas Bar No. 04783250
    **TIMOTHY M. DORTCH**
    micah.dortch@coopersullcycom

900 Jackson, Suite 100
Dallas, Texas 75202
Telephone:  214.712.9500
Facsimile:  214.712.9540

**ATTORNEYS FOR PLAINTIFF**
**PRIDE TRANSPORTATION**

## CERTIFICATE OF SERVICE

   I do hereby certify that on the 28th day of April, 2011, a true and correct copy of the above and foregoing instrument was served upon counsel listed below, in compliance with the Federal Rules of Civil Procedure:

Mr. David H. Timmons
dtimmons@gardere.com
Mr. Colin G. Martin
cmartin@gardere.com
Mr. Jeremy A. Williams
jwilliams@gardere.com
Ms. Karen A. Piotrowski
kpiotrowski@gardere.com
Gardere Wynne Sewell
1601 Elm Street, Suite 3000
Dallas, Texas 75270-4761
**Counsel for Defendant**
**Continental Casualty Company**

Mr. Edward A. Davis
edavis@hdbdk.com
Hartline, Dacus, Barger, Dreyer
& Kern, L.L.P.
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
**Lead Counsel for Defendant**
**Lexington Insurance Company**

Mr. Chester Makowski
makowski@pkmtexas.com
Mr. C. Scott Kinzel
kinzel@pkmtexas.com
Plavnicky, Kinzel & Makowski, L.L.P.
5300 Memorial Drive, Suite 675
Houston, Texas 77007
**Co-Counsel for Defendant**
**Lexington Insurance Company**

              /s/ R. Brent Cooper
              **R. BRENT COOPER**